# FILED

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0330



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0330

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

BRADLEY MEFFORD,

       Defendant and Appellant.

---

## ORDER

On Appeal from the Montana Second Judicial District Court,
Silver Bow County, the Honorable Kurt Krueger, Presiding.

_____

Upon consideration of *Amici Curiae* ACLU of Montana Foundation, Inc. and the American Civil Liberties Union's Motion for Leave to Participate as *Amici Curiae*, it is hereby ORDERED that the Motion is GRANTED. *Amici Curiae* shall file their brief on January 19, 2022.

SO ORDERED _____ day of _____, 202__.

_____

_____

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2021